**DISTRICT JUDGE'S CIVIL MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: Steven P. Logan** | **Date: June 21, 2018** |

**Case Number: CV-17-00427-PHX-SPL**

**Securities and Exchange Commission v. Luke C Zouvas, et al.**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Patrick Reinhold Costello | Jason M. Hopkins |
| | Ann H. Petalas | Jason S. Lewis |

**Also present:  Defendants Luke Zouvas, Christopher Larson and law clerk Mladen Milovic;
Not present:  Defendants Cameron Robb, Jason Schiprett and Robert Jorgenson**

10:45 a.m. This is the time set for Hearing re: Plaintiff's Motion for Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Convention (Doc. 104). The Court addresses Defense counsel Hopkins regarding Defendants Robb, Schiprett and Jorgenson, who are not present this date.  IT IS ORDERED setting an Order to Show Cause Hearing re: Sanctions as to said Defendants on **July 10, 2018, at 11:00 a.m.** regarding their failure to appear for today's scheduled hearing. The Court addresses counsel regarding the pending motion.  The Court will stand at recess to allow counsel to confer and possibly resolve the issues raised by the Court.  10:52 a.m.

11:11 a.m. Court reconvenes.  Counsel advise the Court they have resolved the issues and will submit a proposed Order for the Court's review.  IT IS ORDERED directing counsel to file a Stipulation and Order no later than **Noon, June 28, 2018.**   In light of the parties' resolution of the issues, IT IS ORDERED denying as moot Plaintiff's Motion for Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Convention (Doc. 104).  11:17 a.m. Court is adjourned.

Deputy Clerk: Maureen Williams
Court Reporter: Elva Cruz-Lauer