IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, ) | No.  CV-17-00427-PHX-SPL |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | |
| Luke C. Zouvas, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

The parties came before the Court on June 21, 2018, for a hearing on Plaintiff's Motion for Issuance of a Letter of Request Pursuant for International Judicial Assistance Pursuant to The Hague Convention. (Doc. 104.) At the hearing, Plaintiff and Defendants reached a stipulation, which is memorialized below.

The parties stipulate that the following documents labeled by Bates number – which consist of (i) questionnaires in Hebrew and English completed by some of the original purported Israeli subscribers to the initial public offering of Crown Dynamics Corp. ("Crown") and provided to the Israeli Securities Authority ("ISA") during Plaintiff's investigation of this matter; and (ii) transcripts of interviews the ISA conducted during Plaintiff's investigation of this matter of some of the original purported Israeli subscribers to Crown's initial public offering – shall be treated as if they were depositions

of unavailable trial witnesses under the Federal Rules of Evidence, with the parties reserving all of the arguments and objections they otherwise would have when challenging the admission in evidence of a deposition of an unavailable trial witness.

### Interview Transcripts

ISAE 0002880-2886

ISAE 0002897-2903

ISAE 0002904-2907

ISAE 0002908-2916

ISAE 0002917-2924

ISAE 0002925-2932

### Questionnaires

ISAE 0005175-5182

ISAE 0005183-5190

ISAE 0005191-5198

ISAE 0005199-5206

ISAE 0005207-5214

ISAE 0005215-5222

ISAE 0005235-5242

ISAE 0005247-5254

ISAE 0005255-5262

ISAE 0005263-5269

ISAE 0005273-5280

ISAE 0005285-5292

ISAE 0005303-5310

ISAE 0005312-5322

ISAE 0005328-5335

With respect to the interview transcripts, the parties further stipulate to redact (i) the cover page of each transcript, and (ii) the ISA's summary chart that appears at the top of each subsequent page of the transcript and to replace the redacted portions with the name of the Israeli subscriber whose interview was taken and the date of the interview.

In light of the stipulation reached by the parties at the hearing,

**IT IS ORDERED** that Plaintiff's Motion (Doc. 104) is denied as **moot.**

Dated this 2nd day of July, 2018.

Honorable Steven P. Logan
United States District Judge