**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Steven P. Logan | **Date: July 10, 2018** |
| **Case Number: CV-17-00427-PHX-SPL** | |
| **Securities and Exchange Commission v. Luke C Zouvas, et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Ann H. Petalas | Leslye Ellen Moseley |

**SHOW CAUSE HEARING:**

10:59 a.m. This is the time set for Show Cause Hearing.

Discussion held regarding Mr. Clouston's and Ms. Moseley's failure to appear at the June 21, 2018 hearing.

The Court is not inclined to hold counsel in contempt; however it directs counsel that at a minimum they should contact the Courtroom Deputy or chambers to determine if an appearance is necessary.

11:03 a.m. Court adjourned.

| | |
|---|---|
| Deputy Clerk: Rebekka Walder | **4 minutes** |
| Court Reporter: Elva Cruz-Lauer | **Start: 10:59 AM** |
| | **Stop:  11:03 AM** |